UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, YOUNGSTOWN

| | |
|---|---|
| ROBERT SCHRIVER, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GOLDEN CORRAL CORPORATION,<br><br>    Defendant. | Case No. 4:17-cv-00136<br><br>Judge Benita Y. Pearson |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT, SERVICE AWARD, AND ATTORNEYS' FEES AND COSTS**

This matter comes before the Court on Plaintiff's Unopposed Motion for Approval of Settlement, Service Awards, and Attorneys' Fees and Costs ("Motion"). Having considered Plaintiff's unopposed Motion and supporting Memorandum and exhibits, including the parties' Settlement Agreement, the Court hereby GRANTS Plaintiff's Motion and ORDERS as follows:

1. The Court finds that the parties' settlement in this Fair Labor Standards Act ("FLSA") action is fair, adequate, and reasonable. The parties' settlement is approved and the terms of the parties' agreement are incorporated herein.

2. The parties' agreed form of Notice of Settlement and Opportunity to Join ("Settlement Notice") and the plan for its distribution are approved.

3. The Service Award for Plaintiff Robert Schriver is approved.

4. Plaintiff's Counsel's request for attorneys' fees and out-of-pocket costs and expenses is granted.

5. American Legal Claim Services LLC is approved as the Settlement

Administrator.

6.	The previously certified Rule 23 classes are decertified.

7.	This action is dismissed without prejudice, with leave to reinstate on or before one hundred and eighty (180) days after the settlement checks are distributed.

8.	The Court will retain jurisdiction to enforce the settlement.


IT IS SO ORDERED.

Dated:  **May 31, 2018**	        /s/ *Benita Y. Pearson*
	HONORABLE BENITA Y. PEARSON
	UNITED STATES DISTRICT JUDGE